UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BELL, #201585,

        Petitioner,

                                            CASE NO. 5:09-CV-14423
v.                                          HONORABLE JOHN CORBETT O'MEARA

NICK LUDWICK,

        Respondent.
                                  /

**ORDER DENYING MOTION FOR A CERTIFICATE OF APPEALABILITY AND APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

      This matter is before the Court on Petitioner's motion for a certificate of appealability and his application for leave to proceed *in forma pauperis* on appeal regarding the Court's denial of his petition for a writ of habeas corpus. The Court, however, denied a certificate of appealability and denied leave to proceed *in forma pauperis* on appeal in its opinion and order denying the petition. The Court finds no reason to reconsider that decision. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Accordingly, the Court **DENIES** Petitioner's motion and application.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: February 29, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 29, 2012, using the ECF system and/or ordinary mail.

s/William Barkholz<br>Case Manager